

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### PD-1685-10

---

### GREGORY CARL GREEN, Appellant

### v.

### THE STATE OF TEXAS

---

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW FROM THE FOURTEENTH COURT OF APPEALS ELLIS COUNTY

---

*Per curiam.*

## O P I N I O N

Appellant was found guilty of failing to comply with sex offender registration requirements, and was sentenced to eight years imprisonment. The Court of Appeals reversed the conviction, upon finding the evidence factually insufficient to support the verdict. *Green v. State*, No. 14-09-00338-CR (Tex. App.–Houston [14th Dist.] August 24, 2010). The State filed a petition for discretionary review, contending the Court of Appeals failed to consider all of the evidence and improperly applied the standard of review, and urging the Court to grant review in light of then-pending *Brooks v. State*, PD-

0210.

The Court recently handed down a decision in *Brooks*, 323 S.W.3d 893 (Tex. Crim. App. 2010), in which we overruled *Clewis v. State*, 922 S.W.2d 126 (Tex. Crim. App. 1996) and set aside its factual sufficiency standard of review, and held that the *Jackson v. Virginia*, 443 U.S. 307 (1979), standard for legal sufficiency is the "only standard that a reviewing court should apply in determining whether the evidence is sufficient to support each element of a criminal offense that the State is required to prove beyond a reasonable doubt." The Court of Appeals in the instant case did not have the benefit of our opinion in *Brooks*. We summarily grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to that court to reconsider in light of *Brooks*, and if necessary, to address appellant's remaining point of error.

DELIVERED JANUARY 26, 2011
DO NOT PUBLISH